FOWLER CONVALESCENT HOSPITAL *v.* SIMEONE AND WENDLER ARCHITECTS, INC., ET AL.
(2687)

SPALLONE, HIGGINS and WAGNER, Js.

Argued March 1—decision released April 16, 1985

*Louis B. Blumenfeld,* with whom, on the brief, were *Karen J. Casey* and *Brian S. Carlow,* for the appellant (named defendant).

*Donn A. Swift,* for the appellee (plaintiff).

PER CURIAM. This is an appeal from an order of the trial court requiring arbitration pursuant to General Statutes § 52-409. The order is not a final judgment from which an appeal lies. *Schwarzschild* v. *Martin,* 191 Conn. 316, 323–25, 464 A.2d 774 (1983).

Accordingly, the appeal is dismissed.